UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ACERO TORRES, et al.,

                Plaintiffs,

against

JAIRO ENRIQUE SANCHEZ AND DILIA MARGARITA BAEZ,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9357 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 2, 2020, Plaintiffs filed an Affidavit of Service providing that service was made on Defendants by mail. (ECF No. 13). On March 4, 2020, Plaintiffs filed a Notice of Default. (ECF No. 15). Plaintiffs' Notice of Default is not a valid means to move for a default judgment before the Honorable Gregory H. Woods. Plaintiffs are directed to review Judge Woods' Individual Rules of Practice in Civil Cases and Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and file a letter, by **Friday, July 10, 2020**, specifying how they intend to move this case forward.

Dated:    New York, New York
            July 6, 2020

                                                SO ORDERED

                                                SARAH L. CAVE
                                                United States Magistrate Judge