UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ACERO TORRES, et al.,

                Plaintiffs,

against

JAIRO ENRIQUE SANCHEZ AND DILIA MARGARITA BAEZ,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9357 (GHW) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 10, 2020, Plaintiffs stated that upon issuance of the Clerk's Certificate of Default, they would "file an Order to Show Cause for Entry of Default Judgment." (ECF No. 19 at 2). The Clerk's Certificate of Default was filed on the same day (ECF No. 20) but Plaintiffs yet to file the Order to Show Cause. Plaintiffs are hereby ORDERED to proceed with moving for default in accordance with the Honorable Gregory H. Woods's Individual Rules of Practice in Civil Cases by **Friday, August 28, 2020**.

Dated:      New York, New York
               August 14, 2020

                                            SO ORDERED

                                            SARAH L. CAVE
                                            United States Magistrate Judge