USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
RAFAEL ACERO TORRES et al., :
:
                    Plaintiffs, :    1:19-cv-09357-GHW
:
        -v - :    <u>ORDER</u>
:
JAIRO ENRIQUE SANCHEZ & DILIA :
MARGARITA BAEZ, :
:
                    Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The default judgment hearing scheduled for October 8, 2020, Dkt No. 28, is adjourned to October 19, 2020 at 1 p.m.  Plaintiffs are ordered to serve a copy of this order upon the Defendants or their attorney(s) on or before October 5, 2020.

      SO ORDERED.

Dated: September 30, 2020
       New York, New York

                                                    _____
                                                       GREGORY H. WOODS
                                                    United States District Judge