```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
RAFAEL ACERO TORRES, et al.,          :
                   Plaintiffs,  :    1:19-cv-09357-GHW
:
      -v -                                    :    <u>ORDER</u>
:
JAIRO ENRIQUE SANCHEZ & DILIA         :
MARGARITA BAEZ.,                      :
:
                  Defendants.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the October 19, 2020 teleconference, the Court finds Defendants liable for each of Plaintiffs' asserted claims as a result of Defendants' default. By separate order entered today, this case is referred to Magistrate Judge Cave for an inquest into damages. Plaintiffs are directed to serve a copy of this order on Defendants and/or their counsel.

SO ORDERED.

Dated: October 19, 2020
New York, New York

                                                                   GREGORY H. WOODS
                                                          United States District Judge