UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ACERO TORRES, et al.,

                Plaintiffs,

-v-

JAIRO ENRIQUE SANCHEZ AND DILIA MARGARITA BAEZ,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9357 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned to conduct a damages inquest following the finding by the Honorable Gregory H. Woods that Defendants are liable for each of Plaintiffs' asserted claims. (ECF Nos. 32–33). In reviewing Plaintiffs' submissions regarding damages (ECF Nos. 23–27), the Court observes that one of the Plaintiffs in this action, Daniel German Zamora Avila, has a similar name as the Plaintiff in the matter captioned Daniel Zamora v. JP Morgan Chase Bank, N.A., No. 14 Civ. 5344 (WHP) (SN) (S.D.N.Y.) (the "2014 Action"), in which a default judgment in the amount of $9,724,843.11 was entered in favor of that Plaintiff against the same Defendants as are named in this action.

Accordingly, by **Wednesday, May 26, 2021**, Plaintiffs are directed to: (1) inform the Court whether Daniel German Zamora Avila in this action is the same person as Daniel Zamora in the 2014 Action, and if so (ii) explain why the amount of damages awarded in the 2014 Action should not be offset against any damages awarded to Daniel German Zamora Avila in this action.

Dated:     New York, New York
              May 19, 2021

                                              SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**