UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ACERO TORRES, et al.,

                Plaintiffs,

-v-

JAIRO ENRIQUE SANCHEZ AND DILIA MARGARITA BAEZ,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9357 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned to conduct a damages inquest following the finding by the Honorable Gregory H. Woods that Defendants are liable for each of Plaintiffs' asserted claims. (ECF Nos. 32–33). In reviewing Plaintiffs' submissions regarding damages (ECF Nos. 23–27), the Court has found that several of the exhibits annexed to the Declaration of Kiran Nasir Gore (ECF No. 26) contain illegible pages.

Accordingly, by **June 18, 2021**, Plaintiffs are directed to re-submit legible copies of the following exhibits: (i) Exhibit 10 (ECF No. 26-17); (ii) Exhibit 13 (ECF No. 26-20); (iii) Exhibit 23 (ECF No. 26-30); (iv) Exhibit 47 (ECF No. 26-54); (v) Exhibit 92 (ECF No. 26-99); and (vi) Exhibit 112 (ECF No. 26-119).

Dated:      New York, New York
              June 14, 2021

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**