**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAFAEL ACERO TORRES, et al.,

                    Plaintiffs,                  19 **CIVIL** 9357 (GHW)

       -against-                            **JUDGMENT**

JAIRO ENRIQUE SANCHEZ and DILIA
MARGARITA BAEZ,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2021, the Report and Recommendation is adopted in its entirety. Judgment is entered in the amount of $90,696,135.88 against Defendants. Defendants are jointly and severally liable for that amount; accordingly, the case is closed.

**Dated:**  New York, New York
         July 22, 2021

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                **BY:**      *K. Mango*
                                                             **Deputy Clerk**